LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL M. EISAMAN individually and as the Personal Representative of the estate of Phyllis A. Eisaman ("Decedent"), | CASE NO. C 06 1628 SI |
| Plaintiff, | Before the Honorable SUSAN ILLSTON |
| v. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | Conference Date: June 30, 2006 |
| Defendants. | Conference Time: 2:00 PM |
| | Location: Courtroom 10, 19TH Floor SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the June 30, 2006 Case Management Conference ("CMC") to _10/27/06_____,

at _2 p.m.___. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part

of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date,

the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this

Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _____

_Susan Illston_
Honorable SUSAN ILLSTON
United States District Court Judge