# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 2006
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Jack B. Weinstein
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerk:     Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01628-SI   Document 10   Filed 08/25/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ       Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~        ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~        ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW       Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~        ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~        ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31  JSW        Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~          ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~          ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41  WHA        Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL        Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA        Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW        Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA        Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH        Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH        Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA        Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC        Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC         Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA        Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC        Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA        Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC         Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH        Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC         Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA        Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH        Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ        Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA        Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 2 of 9

CAN 3  06-959            Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960            Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961            Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962            Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965            Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966            Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967            Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968            Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969            Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970            Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972            Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976            Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979            Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981            Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983            Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984            Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987            Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989            Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990            Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991            Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994            Jason Evans v. Eli Lilly & Co.
CAN 3  06-995            Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996            Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997            Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998            Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999            Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001           Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003           Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004           Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005           Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006           Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007           Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008           Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009           Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010           Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011           Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013           Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023           Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024           Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025           Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026           Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027           Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028           Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029           Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031           Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033           Craig Green v. Eli Lilly & Co.
CAN 3  06-1034           Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035           Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036           Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037           Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039           John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040           John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041           Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042           Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043           Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044           Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045           John Sgarlata, et al. v. Eli Lilly & Co.
CAN 3  06-1046           Timothy Savage v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1049           Benjamin Wolf v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050          Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051          Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052          Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053          Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054          Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056          Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057          Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058          Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060          Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061          Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062          Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063          Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064          Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076          Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077          Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078          Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079          Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080          Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~          ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082          Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083          Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084          Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085          Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086          Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088          Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090          Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091          Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093          Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096          Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099          James Fraser v. Eli Lilly & Co.
CAN 3  06-1100          Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103          Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106          Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108          Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110          Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111          Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112          Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113          Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116          Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117          Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118          Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119          Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122          James Thomas v. Eli Lilly & Co.
CAN 3  06-1123          Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124          Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125          Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126          James Arns v. Eli Lilly & Co.
CAN 3  06-1127          Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128          Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129          Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131          James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132          Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133          Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134          Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135          Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155          Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156          Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158          William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159          Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3   06-1160   Yash Kapur v. Eli Lilly & Co.
CAN 3   06-1161   Doreen Bell v. Eli Lilly & Co.
CAN 3   06-1162   William O'brien v. Eli Lilly & Co.
CAN 3   06-1163   Kimberly Hopkins v. Eli Lilly & Co.
CAN 3   06-1164   Florence Karolyi v. Eli Lilly & Co.
CAN 3   06-1168   Kathlene Cheriki v. Eli Lilly & Co.
CAN 3   06-1170   Susan Kline v. Eli Lilly & Co.
CAN 3   06-1171   Dennis Muschitz v. Eli Lilly & Co.
CAN 3   06-1172   Patricia Banks v. Eli Lilly & Co.
CAN 3   06-1174   David Chismar, et al. v. Eli Lilly & Co.
CAN 3   06-1175   Virginia Craig v. Eli Lilly & Co.
CAN 3   06-1178   ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3   06-1179   Lehman Brownell v. Eli Lilly & Co.
CAN 3   06-1180   Yolanda Araujo v. Eli Lilly & Co.
CAN 3   06-1182   Karen Halechko v. Eli Lilly & Co.
CAN 3   06-1184   Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3   06-1185   Tyna Bass v. Eli Lilly & Co.
CAN 3   06-1186   Antonio Daniel v. Eli Lilly & Co.
CAN 3   06-1187   Pat Miller, et al. v. Eli Lilly & Co.
CAN 3   06-1188   Alberta Oliviri v. Eli Lilly & Co.
CAN 3   06-1190   Juawawno Boone v. Eli Lilly & Co.
CAN 3   06-1194   Anne Johnson v. Eli Lilly & Co.
CAN 3   06-1195   Paul Matthews v. Eli Lilly & Co.
CAN 3   06-1198   Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3   06-1199   Kathy Martin v. Eli Lilly & Co.
CAN 3   06-1200   ~~Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3   06-1201   Waymon Donat v. Eli Lilly & Co.
CAN 3   06-1202   Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3   06-1204   Frank Giacomazzo v. Eli Lilly & Co.
CAN 3   06-1206   Letha Russell v. Eli Lilly & Co.
CAN 3   06-1207   Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3   06-1209   Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3   06-1230   John Bowermaster v. Eli Lilly & Co.
CAN 3   06-1231   Patrick Callaway v. Eli Lilly & Co.
CAN 3   06-1232   Mary Lee v. Eli Lilly & Co.
CAN 3   06-1233   Barbara Pupo v. Eli Lilly & Co.
CAN 3   06-1235   Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3   06-1236   Darrel Vail v. Eli Lilly & Co.
CAN 3   06-1237   Charles Coffman v. Eli Lilly & Co.
CAN 3   06-1239   Lauree Ward v. Eli Lilly & Co.
CAN 3   06-1240   Patricia Pirotta v. Eli Lilly & Co.
CAN 3   06-1241   Larry Pancher v. Eli Lilly & Co.
CAN 3   06-1242   Jo Marie Santi v. Eli Lilly & Co.
CAN 3   06-1244   Gail F. Cowher v. Eli Lilly & Co.
CAN 3   06-1245   Cox v. Eli Lilly & Co.
CAN 3   06-1246   Kenneth Crawford v. Eli Lilly & Co.
CAN 3   06-1263   William J. Crawford v. Eli Lilly & Co.
CAN 3   06-1267   Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3   06-1269   Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3   06-1270   Rivers v. Eli Lilly & Co.
CAN 3   06-1273   Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3   06-1274   Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3   06-1281   Scott M. Tucker v. Eli Lilly & Co.
CAN 3   06-1282   Nancy L. French v. Eli Lilly & Co.
CAN 3   06-1293   Michael J. Watkins v. Eli Lilly & Co.
CAN 3   06-1294   Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3   06-1297   Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3   06-1299   Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3   06-1308   ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                     PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487 ᏡᎫᏘ       Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 ᏯᏍᏆ       William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490ᎷᎫᏉ        Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 ᎷᎷᏓ       Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 ᎷᏘᏆ       David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 ᏕᏓ        Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 ᏗᏕᏯ       Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497ᎷᏉᏉ        Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525ᏗᏕ Ꮿ       Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527ᏕᏓ         Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530ᏕᏓ         Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~       ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533ᏗᏕᏯ        Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~       ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537ᎷᏉᏕ        Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 ᎷᎷᏓ       Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 ᎷᎷᏓ       Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 ᏔᏇᏘ       Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 ᎷᏉᏉ       William Maloney v. Eli Lilly & Co.
CAN 3  06-1544ᏉᏕᏯ        Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547ᎷᎷᏓ        Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 ᏕᏓ        Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 ᏯᏘᎪ       Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550ᎷᏘᏆ        Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 ᏕᏇ        Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 ᏕᏇ        Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 ᏡᎫᏘ       Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 ᏡᎫᏘ       Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 ᏕᏓ        Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 ᏯᏘᎪ       David Bell v. Eli Lilly & Co.
CAN 3  06-1563ᏗᏕᏯ        Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 ᏡᎫᏘ       Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566ᎷᎷᏓ        Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 ᏯᏘᎪ       Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605ᎷᏘᏆ        Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606ᎷᏉᏉ        Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611ᏕᏇ         Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 ᏕᏇ        Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 ᏕᏇ        Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 ᏓᏯ        Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 ᏕᏇ        Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 ᏕᏇ        Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 ᏕᏇ        Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 ᏕᏇ        Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 ᏕᏇ        Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 ᏕᏇ        Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~       ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627 ᏕᏇ        Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 ᏕᏇ        Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643ᏕᏕ         James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 ᏕᏇ        Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692ᏌᎷᏓ        Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 ᎷᏘᏆ       Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697ᎷᏘᏆ        Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 ᏕᏓ        James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 ᏕᏇ        Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702ᎷᎷᏓ        Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 *SC*         Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 *JSW*        Carol S. Buvoltz v. Eli Lilly & Co.
~~CAN 3  06-1708~~          ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 *SI*         Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 *WHA*        Beverly Sikora, et al. v. Eli Lilly & Co.
~~CAN 3  06-1757~~          ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 *SC*         Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 *MHT*        Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 *SI*         Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 *MJJ*        Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 *MJJ*        Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 *SC*         Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 *WHA*        Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 *PJH*        Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 *MJJ*        Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 *PJH*        Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 *MJJ*        Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 *SI*         Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 *JSW*        Jorenda Bolden v. Eli Lilly & Co.
~~CAN 3  06-2038~~          ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-2188~~          ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 *WHA*        Johnnena Washington v. Eli Lilly & Co.
~~CAN 3  06-2385~~          ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
~~CAN 3  06-2386~~          ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 *MHT*        Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 *MJJ*        Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 *JSW*        Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 *JSW*        David Engstrom, et al. v. Eli Lilly & Co., et al.
~~CAN 3  06-2489~~          ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 *MJJ*        Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831             Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894             Tonya Alexander v. Eli Lilly & Co.
~~CAN 4  05-5097~~          ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 4  05-5098~~          ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099             Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148             Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151             Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291             Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292             Denine Cook v. Eli Lilly & Co.
CAN 4  06-8                Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39               Viola Ward v. Eli Lilly & Co.
CAN 4  06-250              David Sensenig v. Eli Lilly & Co.
CAN 4  06-893              George Carmack v. Eli Lilly & Co.
CAN 4  06-906              Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954              Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973              Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974              Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977              Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980              Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985              Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988              Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993              Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022             Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030             John Luthy v. Eli Lilly & Co.
CAN 4  06-1032             James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038             Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048             Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055             Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059             Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                         PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4 06-1765~~ | | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4 06-2384~~ | | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102